Thomas HALL, Jr., Plaintiff–Appellant,

v.

Kenneth S. APFEL, Commissioner of Social Security, Defendant–Appellee.

No. 00–2331.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 8, 2001.

Decided Feb. 13, 2001.

Thomas Hall, Jr., pro se. James Anthony Winn, Assistant Regional, Anne von Scheven, Social Security Administration, Philadelphia, PA; John Francis Corcoran, Office of the United States Attorney, Roanoke, VA, for appellee.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Thomas Hall, Jr., appeals the district court's order affirming the decision of the Commissioner of Social Security. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Hall v. Apfel, Commissioner of Social Security,* No. CA–99–159–2 (W.D.Va. Sept. 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*